# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHAEL LAURY,

    Defendant.

NO. 3:17-cr-313

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 18th day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendant Michael Laury's Motion to Suppress Evidence (Doc. 107) is **DENIED**.

(2) Defendant Michael Laury's Motion to Dismiss Count One of the Indictment, or, in the alternative, to Obtain a Bill of Particulars with respect to Count One of the Indictment (Doc. 109) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge